Orders affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HISCOCK, Ch. J. Not sitting: LEHMAN, J.

---

MARGARET H. YAX, Respondent, *v.* ALBERT C. YAX et al., Appellants.

*Real property — partition — husband and wife — tenants by entirety — divorce of husband and wife holding real property as tenants by entirety — action to partition property maintainable.*

*Yax v. Yax,* 211 App. Div. 872, affirmed.

(Argued February 25, 1925; decided March 31, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 3, 1924, which affirmed an order of Special Term denying a motion for a dismissal of the complaint. The action was brought by the divorced wife of the defendant Albert C. Yax for a partition of real property which the plaintiff and the defendant Albert C. Yax took title to as tenants by the entirety. The complaint alleges that the defendant Albert C. Yax, the husband of the plaintiff, obtained an interlocutory judgment of divorce on the 8th day of May, 1924, and that the same became absolute and final on the 8th day of August, 1924, and that by reason thereof the plaintiff and the defendant Albert C. Yax became seized and possessed in fee of the premises sought to be partitioned as tenants in common.

The following question was certified:

" Does the complaint herein state facts sufficient to constitute a cause of action? "

*Stephen V. O'Gorman* for appellants.

*Alfred L. Harrison* and *J. H. Madden* for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.